May 3, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KACHIKWU ILLOH, M.D., Appellant

NO. 14-09-01001-CV                    V.

DAMITA CARROLL AND KAREN BUTLER, INDIVIDUALLY AND AS
REPRESENTATIVES OF THE ESTATE OF JAMES CARROLL, Appellees

———————————————

This cause, an appeal from the interlocutory orders in favor of appellees, DAMITA CARROLL AND KAREN BUTLER, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JAMES CARROLL, signed November 16, 2009, was heard on the transcript of the record. We have inspected the record and find error in the order signed November 16, 2009. We order the order signed November 16, 2009 **REVERSED**, and we **RENDER** judgment dismissing appellees', DAMITA CARROLL AND KAREN BUTLER, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JAMES CARROLL, suit against appellant, KACHIKWU ILLOH, M.D.

We order appellees, DAMITA CARROLL AND KAREN BUTLER, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JAMES CARROLL, jointly and severally to pay all costs incurred in this appeal. We further order this decision certified below for observance.